# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:  24MJ8603 |
|---|---|
| Plaintiff, | <u>COMPLAINT FOR VIOLATION OF</u>: |
| v. | Title 21 U.S.C. § 952 and 960 |
| Alfonso NAVARRO, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about July 12, 2024, within the Southern District of California, defendant, Alfonso NAVARRO, did knowingly import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant further states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Special Agent Joseph P. Ford
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 15th day of July, 2024.

_____
HON. DAVID D. LESHNER
U.S. MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA
                v.
Alfonso NAVARRO,

**PROBABLE CAUSE STATEMENT**

This Complaint and Probable Cause Statement is based on reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent (SA) Joseph Ford.

I, Special Agent Joseph P. Ford, declare under penalty of perjury the following is true and correct:

On July 12, 2024, at approximately 0900 hours, Alfonso NAVARRO, ("NAVARRO"), a United States citizen, applied for entry into the United States from Mexico through the Calexico, California (CA) West Port of Entry, in vehicle lane #12. NAVARRO was the driver, sole occupant, and registered owner of a 2018 Jeep Wrangler ("the vehicle") bearing Arizona (AZ) license plates.

A Customs and Border Protection Officer (CBPO) received a negative Customs declaration from NAVARRO. A CBPO referred NAVARRO to secondary inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the spare tire of the vehicle.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the vehicle.

Further inspection of the vehicle resulted in the discovery of 28 packages concealed in the spare tire of the vehicle, with a total approximate weight of 36.46 kgs (80.38 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

NAVARRO was placed under arrest at approximately 10:38 A.M.

During a post-Miranda interview, NAVARRO stated that he was going to be paid to cross what he was told was "ice" in the spare tire. NAVARRO stated he would drop the spare tire off at a parking lot in Calexico, CA.

NAVARRO was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

Executed on July 12, 2024, at 2020 hours.

_Joseph P. Ford_
Joseph P. Ford, Special Agent
Homeland Security Investigations

On the basis of the facts presented in the Probable Cause Statement consisting of 3 pages, I find probable cause to believe that the defendant named in this Probable Cause Statement committed the offense on July 12, 2024, in violation of Title 21, United States Code §§ 952 and 960.

HON. STEVE B. CHU
U.S. MAGISTRATE JUDGE

7:54 AM, Jul 13, 2024
DATE/TIME

4